# COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT: YUHAO WANG (J) ✓
**INTERPRETER: MANDARIN**

CASE NO: 20-5002-SNOW

AUSA: KAREN GILBERT *Jonathan Kobrinski*

ATTY: AFPD *Juan Michelen*

AGENT: FBI

VIOL: Entering Military, Naval or Coast Guard Property for the Purpose of Photographing Defense Installations

PROCEEDING: INITIAL APPEARANCE

RECOMMENDED BOND: PRETRIAL DETENTION

BOND HEARING HELD - yes / no

COUNSEL APPOINTED: FPD

BOND SET @: _____

To be cosigned by: _____

- ❏ Do not go by any marina or on any boat.

- ❏ Maintain and/or seek full-time employment.

- ❏ Surrender within 24 hours and / or do not obtain passports / travel documents.

- ❏ Report to Probation as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

- ❏
- ❏
- ❏
- ❏ Curfew: _____

- ❏ Travel extended to: _____

Δ advised of charges.
Δ sworn for counsel
Δ has $9,000.00 in a bank account.

Δ ordered to pay $7,500.00 w/i 30 days into the Registry of the Court.

FPD appt

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| Status re partial indigency | 2/7/20 | 2:00PM | Snow | Key West, FL |
| PTD/BOND HEARING | JANUARY 10, 2020 | 2:00 p.m. | SNOW | KEY WEST, FL |
| PRELIM/ARRAIGNMENT | JANUARY 21, 2020 | 2:00 p.m. | SNOW | KEY WEST, FL |

_____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE: 1-6-20    TIME: 2:00 p.m.

DAR: 14:06:55 - 14:25:44
14:25:58 - 14:26:25