# COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT:  JIELUN ZHANG (J)  ✓                          CASE NO:  20-5002-SNOW
       **INTERPRETER: MANDARIN**  Jonathan

AUSA:  KAREN GILBERT  Jonathan                      ATTY: _____

AGENT:  FBI                                         VIOL:  Entering Military, Naval or Coast Guard Property for
                                                           the Purpose of Photographing Defense Installations

PROCEEDING:   INITIAL APPEARANCE                    RECOMMENDED BOND:   PRETRIAL DETENTION

BOND HEARING HELD - yes / no                        COUNSEL APPOINTED:  *Hector Flores*

BOND SET @: _____                    To be cosigned by: _____

- ❑  Do not go by any marina or on any boat.

- ❑  Maintain and/or seek full-time employment.

- ❑  Surrender within 24 hours and / or do not obtain passports / travel documents.

- ❑  Report to Probation as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

- ❑
- ❑
- ❑
- ❑  Curfew: _____

- ❑  Travel extended to: _____

*Δ advised of charges*
*Δ sworn for counsel.*
*Δ has $9,000.00 - $10,000.00 in a Bank account.*

*Δ ordered to pay $7,500.00 w/i 30 days into the Registry of the Court.*

*CJA Hector Flores appt.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| *Status re partial indigency* | *2/7/20* | *2:00p* | *Snow* | *Key West, FL* |
| PTD/BOND HEARING | JANUARY 10, 2020 | 2:00 p.m. | SNOW | KEY WEST, FL |
| PRELIM/ARRAIGNMENT | JANUARY 21, 2020 | 2:00 p.m. | SNOW | KEY WEST, FL |

_____   For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE:   1-6-20      TIME:   2:00 p.m.                DAR:  *14:06:55 - 14:25:44*
                                                          *14:25:58 - 14:26:25*