UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-5002-SNOW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JIELUN ZHANG,

      Defendant.

_____

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on the request of Defendant, Jielun Zhang for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. The Court having found after a hearing on January 6, 2020, that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services.  Therefore, it is hereby,

ORDERED AND ADJUDGED that Defendant, Jielun Zhang shall pay the sum of $7,500.00 on or before February 5, 2020, to the Clerk of Court for deposit in the United States Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. § 3006A(f). Unless such payment is made on or before the above stated date, the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. § 3006A(C). It is further

ORDERED that a Status Conference on reimbursement will be held on February 7, 2020 at 2:00 p.m. before the undersigned in Key West, Florida. The hearing may be cancelled upon advance notification to the Magistrate Judge's Courtroom Deputy indicating that payment has been met. If no notification has been made, both defense counsel and the Defendant are required to be at the hearing.

DONE AND ORDERED at Key West, Florida, this 6th day of January, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSAs Karen Gilbert and Jonathon Kobrinski (MIA)
Hector Flores, Esq. (CJA)
Financial Section - U.S. District Court (MIA)
U.S. Probation (KW)