UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-5002-SNOW

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

YUHAO WANG,

     Defendant.

                                    /

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.   Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:     s/ *Juan J. Michelen*
          Juan J. Michelen
          Assistant Federal Public Defender
          Florida Bar No. 92901
          One East Broward Boulevard, Suite 1100
          Fort Lauderdale, Florida 33301-1842
          Tel: 954-356-7436
          E-Mail: Juan_Michelen@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ *Juan J. Michelen*
　　　Juan J. Michelen

2