## COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT:   YUHAO WANG (J)                          CASE NO:   20-5002-SNOW
        **INTERPRETER: MANDARIN**

AUSAS   KAREN GILBERT / JONATHAN KOBRINSKI      ATTY:   AFPD JUAN MICHELEN *present*

AGENT:   FBI                    *present*       VIOL:   Entering Military, Naval or Coast Guard Property for
                                                        the Purpose of Photographing Defense Installations

PROCEEDING:   DETENTION HEARING                 RECOMMENDED BOND:   PRETRIAL DETENTION

BOND HEARING HELD - yes / no                    COUNSEL APPOINTED:

BOND SET @:                                     To be cosigned by:

❑   Do not go by any marina or on any boat.                 *Govt proceeds by*
                                                            *proffer.*
❑   Maintain and/or seek full-time employment.
                                                            *Agent: James Klettheimer*
❑   Surrender within 24 hours and / or do not obtain passports /     *(sworn)*
    travel documents.

❑   Report to Probation as directed / or _____ x's a           *FPD introduced exhibits*
    week/month by phone; _____ x's a week/month in             *1 → 7*
    person.                                                         *INS detainer - Visa revoked*
                                                                    *PTD ordered*
❑

❑

❑

❑   Curfew: _____

❑   Travel extended to: _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL | | | | |
| PTD/BOND HEARING | | | | |
| PRELIM/ARRAIGNMENT | JANUARY 21, 2020 | 2:00 p.m. | SNOW | KEY WEST, FL |

_____   For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of
_____   the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the
          Defendant in a speedy trial. The Court finds that the period of time from today, through and including
          _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18
          U.S.C. § 3161 et seq.

DATE:   1-10-20   TIME:   2:00 p.m.                      DAR:   *14:15:30*        ⑤

*1hr 10min (near 14:55:00)*