# COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT:   JIELUN ZHANG (J)                                 CASE NO:   20-5002-SNOW
     **INTERPRETER: MANDARIN**

AUSA:   KAREN GILBERT/JONATHAN KOBRINSKI          ATTY:   HECTOR FLORES, ESQ. (CJA)  *present*

AGENT:   FBI   *present*                          VIOL:   Entering Military, Naval or Coast Guard Property for the Purpose of Photographing Defense Installations

PROCEEDING:   DETENTION HEARING               RECOMMENDED BOND:   PRETRIAL DETENTION

BOND HEARING HELD - **yes** / no               COUNSEL APPOINTED: _____

BOND SET @: _____                     To be cosigned by: _____

❏  Do not go by any marina or on any boat.

❏  Maintain and/or seek full-time employment.

❏  Surrender within 24 hours and / or do not obtain passports / travel documents.

❏  Report to Probation as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

*Govt proceeds by proffer.*

*Agent: James Klettheimer (sworn)*

*INS detainer - Visa revoked*
*PTD ordered.*

❏

❏

❏

❏  Curfew: _____

❏  Travel extended to: _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL | | | | |
| PTD/BOND HEARING | | | | |
| PRELIM/ARRAIGNMENT | JANUARY 21, 2020 | 2:00 p.m. | SNOW | KEY WEST, FL |

_____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE:   1-10-20   TIME:   2:00 p.m.   DAR:  14:15:30  (6)
*(near 1435:00)*

*1 hr. 10 min*