# COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT:    JIELUN ZHANG (J)                    CASE NO:    20-5002-SNOW  20-10005-CR-Moore
    **INTERPRETER: MANDARIN**

AUSA:    KAREN GILBERT / JONATHAN KOBRINSKI       ATTY:    HECTOR FLORES, ESQ. (CJA)

AGENT:    FBI                                 VIOL:    Entering Military, Naval or Coast Guard Property for
    the Purpose of Photographing Defense Installations

PROCEEDING:    PRELIM/ARRAIGNMENT          RECOMMENDED BOND:    PRETRIAL DETENTION

BOND HEARING HELD - yes / no               COUNSEL APPOINTED: _____

BOND SET @:    DETENTION                    To be cosigned by: _____

- ❏
- ❏   Reading of Indictment Waived
  Not Guilty plea entered
  Jury trial demanded
  Standing Discovery Order requested
- ❏
- ❏
- ❏
- ❏
- ❏
- ❏
- ❏

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL | | | | |
| PTD/BOND HEARING | | | | |
| PRELIM/ARRAIGNMENT | | | | |

_____   For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of
_____   the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the
Defendant in a speedy trial. The Court finds that the period of time from today, through and including
_____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18
U.S.C. § 3161 et seq.

DATE:    1-21-20    TIME:    11:00 a.m.         DAR:    11:05:18-