UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-10005-MOORE/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

YUHAO WANG and
JIELUN ZHANG,

        Defendant.

_____

**PROTECTIVE ORDER REGULATING DISCLOSURE OF
DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN**

THIS CAUSE is before the Court on the Government's Unopposed Motion for Protective Order Regulating Disclosure of Discovery Information (ECF No. 30), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED as follows:

1. The Government is authorized to disclose the discovery in its possession, which the Government believes is necessary to comply with the discovery obligations imposed by this Court.

2. Counsel of record for each Defendant shall hold the discovery produced pursuant to this Order in strict confidence. Defense counsel shall restrict access to the discovery, and shall disclose and display the discovery to his client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of his client in this matter, and shall personally retain all images.

3. Counsel of record for each Defendant shall advise any person to whom the discovery is disclosed and displayed that such information should be held in strict confidence and that further disclosure or dissemination is prohibited without defense counsel's express consent.

4. Counsel of record for each Defendant shall obtain a certification from each person to whom the discovery is disclosed and displayed in which the recipient, (a) acknowledges the restrictions set forth in this Protective Order and (b) agrees that he/she will not disclose or disseminate the information without the express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the discovery and the date on which such information was first disclosed.

DONE AND ORDERED at Key West, Florida, this 6th day of February, 2020.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jonathan Kobrinski (MIA)
AFPD Juan Michelen (FTL)
Hector Flores, Esq. (CJA)