## COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT:   YUHAO WANG (J)
        **INTERPRETER: MANDARIN**

CASE NO:   20-10005-CR-MOORE

AUSA:   JONATHAN KOBRINSKI

ATTY:   AFPD JUAN MICHELEN

AGENT:   FBI

VIOL:   Entering Military, Naval or Coast Guard Property for the Purpose of Photographing Defense Installations

PROCEEDING:   STATUS RE PARTIAL INDIGENCY

RECOMMENDED BOND:   PRETRIAL DETENTION

BOND HEARING HELD - yes / no

COUNSEL APPOINTED: _____

BOND SET @:   PRETRIAL DETENTION

To be cosigned by: _____

❏
❏
❏
❏

*Counsel requests additional time.*

*Court re-sets status for 2/28/20 @ 2:00 p.m.*

❏
❏
❏
❏

❏

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL | | | | |
| PTD/BOND HEARING | | | | |
| PRELIM/ARRAIGNMENT | | | | |

_____   For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE:   2-10-20   TIME:   2:00 p.m.   DAR: 14:22:48 —
14:26:54