## COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT:   JIELUN ZHANG (J)                          CASE NO:   20-10005-CR-MOORE
        **INTERPRETER: MANDARIN**

AUSA:   JONATHAN KOBRINSKI                 ATTY:   HECTOR FLORES, ESQ. (CJA)

AGENT:   FBI                                             VIOL:   Entering Military, Naval or Coast Guard Property for
                                         the Purpose of Photographing Defense Installations

PROCEEDING:   STATUS RE PARTIAL INDIGENCY          RECOMMENDED BOND:   PRETRIAL DETENTION

BOND HEARING HELD - yes / no                    COUNSEL APPOINTED: _____

BOND SET @:   DETENTION                         To be cosigned by: _____

*Counsel requests additional time.*

*Court re-sets Status for 2/28/20 @ 2:00PM*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL | | | | |
| PTD/BOND HEARING | | | | |
| PRELIM/ARRAIGNMENT | | | | |

_____   For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of
_____   the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the
Defendant in a speedy trial. The Court finds that the period of time from today, through and including
_____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18
U.S.C. § 3161 et seq.

DATE:   2-10-20   TIME:   2:00 p.m.         DAR:   14:22:48
                                                    14:26:54