```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100204231
Cashier ID: vthomas
Transaction Date: 02/27/2020
Payer Name: BARZEE FLORES LLP
--------------------------------------
CJA REPAYMENT
 For: JIELUN ZHANG
 Amount:        $7,500.00
--------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1148
 Amt Tendered:  $7,500.00
--------------------------------------
Total Due:      $7,500.00
Total Tendered: $7,500.00
Change Amt:     $0.00

20-CR-10005-KMM-2


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```