UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-10005 MOORE

UNITED STATES OF AMERICA,

vs.

YUHAO WANG,

Defendant.
_____/

## WAIVER OF PHYSICAL PRESENCE IN COURT AND CONSENT TO APPEAR BY VIDEO OR TELECONFERENCE CONFERENCE UNDER THE CARES ACT, PUB. L. NO. 116-136, 134 STAT. 281

**COMES NOW** Defendant YUHAO WANG, who states:

1. I have read the Indictment/Information/Petition (or it was read to me) and understand the charges that have been brought against me.

2. I have consulted with my attorney. I understand that I am guaranteed the right to be present at all criminal proceedings if my presence is critical to the outcome of the proceeding and would contribute to the fairness of the proceeding.

3. I understand that the guaranteed right to be present means the right for me to be present, in person in the courtroom, with my attorney, the prosecutor, and the judge.

4. I understand that I can waive the guaranteed right to appear in person and consent to appear, at the sentencing hearing, by video teleconference or telephone conference.

5. I __✓__ **waive** _____ **do not waive** (check one) my right to be present, in person in the courtroom, at his sentencing hearing.

United States vs. Wang

Case No. 20-CR-10005-MOORE

6. I ✓ consent ____ do not consent (check one) to appearing by video teleconference or telephone conference if video teleconference is not reasonably available, at his sentencing hearing.

X _____
Defendant's Signature[1]

_____
Defense Counsel's Signature

**Yvhao Wang**
Defendant's Name (printed)

**Juan Michelen**
Defense Counsel's Name (printed)

6-4-2020
Date

6-4-2020
Date

**ACCEPTED BY:**

_____
**K. MICHAEL MOORE**
**CHIEF UNITED STATES DISTRICT JUDGE**

June 4th, 2020
Date

---

[1] Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that Defendant gave express permission to apply his or her signature.