**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-10005-CR-KMM/LSS**

UNITED STATES OF AMERICA

vs.

YUHAO WANG,

Defendant.

_____/

**NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL**

NOTICE IS HEREBY GIVEN TO YUHAO WANG ("the defendant") and to his attorney of

record, JUAN MICHELEN, ESQ., that upon conviction of the defendant for violation of Title 18,

United States Code, Section  795, the United States of America shall request that the Court issue a

Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and

Nationality Act of 1952 ("INA"), as amended, 8 United States Code, Section 1228(c).

Dated:

6/3/2020
Miami, FL

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

By: _____
Jonathan Kobrinski
Assistant United States Attorney