**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-10005-CR-KMM/LSS**

UNITED STATES OF AMERICA

    vs.

YUHAO WANG,

       Defendant.

_____/

**CONCURRENCE OF UNITED STATES**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

ANTHONY SALISBURY
SPECIAL AGENT IN CHARGE
United States Immigration and
Customs Enforcement