**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-10005-CR-KMM/LSS**

UNITED STATES OF AMERICA

vs.

YUHAO WANG,

   Defendant.

_____/

## ORDER OF JUDICIAL REMOVAL

Upon the application of the United States of America, by Ariana Fajardo Orshan, United States Attorney for the Southern District of Florida, and Jonathan Kobrinski, Assistant United States Attorney for said District; upon the Factual Allegations in Support of Judicial Removal; upon the consent of YUHAO WANG ("the defendant") and upon all prior proceedings and submissions in this matter: and full consideration having been given to the matter set forth herein, the Court finds:

1. You are not a native and citizen of the United States.

2. You are a native and citizen of the People's Republic of China.

3. You were admitted to the United States on a non-immigrant F-1 visa on September 2, 2019.

4. You were arrested on January 4, 2020, for the offense of Entering Military, Naval, or Coast Guard Property for the Purpose of Photographing Defense Installations, in violation of 18 U.S.C. §§ 795 and 1382.

5. On January 11, 2020, the Department of State revoked your F-1 visa.

6. On January 15, 2020, you were ordered held without bond until the conclusion of the criminal trial by the U.S. District Court for the Southern District of Florida.

7. On January 17, 2020, you were charged with six counts of violation of 18 U.S.C. § 795,

Photographing and Sketching Defense Installations, and one count of violation of 18 U.S.C. § 1382, Entering Military, Naval, or Coast Guard Property for the Purpose of Photographing Defense Installations.

8. On January 31, 2020, your record was terminated in SEVIS due to your current and prospective non-attendance of class. You have, therefore, failed to maintain a full course of study and are in violation of the terms of your non-immigrant status.

9. On March 2, 2020, you pled guilty in the U.S. District Court for the Southern District of Florida, for the offense of Photographing and Sketching Defense Installations, in violation of 18 U.S.C. § 795.

10. At the time of sentencing, you will be convicted in the U.S. District Court, for the Southern District of Florida for the offense of Photographing and Sketching Defense Installations in violation of 18 U.S.C. § 795.

11. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to:

Section 237(a)(1)(C)(i) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 United States Code, Section 1227(a)(1)(C)(i), as amended, in that after admission as a nonimmigrant under INA Section 101(a)(15), 8 United States Code, Section 1101(a)(15), you failed to maintain or comply with the conditions of the nonimmigrant status under which you were admitted; and,

Section 237(a)(4)(A)(i) of the INA, as amended, 8 United States Code, Section 1227(a)(4)(A)(i), as amended, in that you have engaged, are engaged, or at any time after admission were engaged in any activity to violate any law of the United States relating to espionage or sabotage or to violate or evade any law prohibiting the export from the United

States of goods, technology, or sensitive information.

12. The defendant has waived his right to notice and a hearing under INA Section 238(c), 8 United States Code, Section 1228(c).

13. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to INA Section 238(c), 8 United States Code, Section 1228(c), that the defendant is ordered removed from the United States to the People's Republic of China upon his sentencing, which removal is to be effected upon completion of his term of incarceration.

Dated:

_June 4th, 2020_
Miami, FL


_K M Moore_
THE HONORABLE K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE