**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-10005-CR-KMM/LSS**

UNITED STATES OF AMERICA

    vs.

JIELUN ZHANG,

    Defendant.

_____/

**NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL**

NOTICE IS HEREBY GIVEN TO JIELUN ZHANG ("the defendant") and to his attorney of record, HECTOR FLORES, ESQ., that upon conviction of the defendant for violation of Title 18, United States Code, Section 795, the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 United States Code, Section 1228(c).

Dated:

6/3/2020
_____
Miami, FL

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

By: _____
Jonathan Kobrinski
Assistant United States Attorney